**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAM ENTERPRISE, INC.,

                      Plaintiff,

  v.

CONVEYORS, INC.,

                      Defendant.

3:25-cv-00504-MMD-CSD

**ORDER**

Re: ECF No. 27

Before the Court is Plaintiff's Motion to Compel Discovery Responses. (ECF No. 27.)

Pursuant to the Court's Civil Standing Order (ECF No. 10), Defendant shall file a response on or before close of business on **Friday, April 17, 2026.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: April 15, 2026.

_____
Craig S. Denney
United States Magistrate Judge