**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAM ENTERPRISE, INC,

Plaintiff

v.

CONVEYORS, INC.,

Defendant

Case No.: 3:25-cv-00504-MMD-CSD

**Order**

Re: ECF No. 37

Before the court is Defendant's motion for leave to amend its answer. (ECF No. 37.) Plaintiff filed a notice of non-opposition. (ECF No. 38.)

"A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A), (B). Otherwise, a party must seek the opposing party's written consent or leave of court to amend a pleading. Fed. R. Civ. P. 15(a)(2). Here, Defendant was required to seek leave to amend.

"The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend need not be given where amendment: "(1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." *Amerisource Bergen Corp. v. Dialysist West, Inc.*, 465 F.3d 946, 951 (9th Cir. 2006) (citation omitted).

As Plaintiff does not oppose the motion to amend the answer, Defendant's motion for leave to amend (ECF No. 37) is **GRANTED**. The Clerk shall kindly **FILE** the amended answer (ECF No. 37 at 7-26).

**IT IS SO ORDERED**.

Dated: October 21, 2026

Craig S. Denney
United States Magistrate Judge